IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

HILDA ENRIQUEZ, individually and on behalf
of all others similarly situated,

      Plaintiff,

vs.                                                                                                    No. CIV 21-0647 JB/JHR

GUIDANCE CENTER OF LEA COUNTY,
INC.,

      Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on: (i) the Stipulated Order Granting Plaintiff's Unopposed Motion for Dismissal, filed March 4, 2024 (Doc. 113)("Order Dismissing Certain Parties"); and (ii) the Stipulated Order Granting Plaintiff's Unopposed Motion for Dismissal of Entire Case with Prejudice, filed June 25, 2024 (Doc. 133)("Dismissal Order"). In the Order Dismissing Certain Parties, the Court dismisses with prejudice all claims brought by "opt-ins Jennifer Laylan, Cristie Marion, and Felicia Valdez." Order Dismissing Certain Parties at 1. In the Dismissal Order, the Court dismisses this case with prejudice. See Dismissal Order at 1. With no more parties, claims, or issues before the Court, the Court enters Final Judgment, pursuant to rule 58(a) of the Federal Rules of Civil Procedure, disposing of this case.

**IT IS ORDERED** that: (i) the Original Class and Collective Action Complaint, filed July 15, 2021 (Doc. 1), is dismissed with prejudice; and (ii) Final Judgment is entered.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE

*Counsel*:

Jack L. Siegel
Siegel Law Group PLLC
Dallas, Texas

-- and --

Trang Q. Tran
Tran Law Firm L.L.P.
Houston, Texas

-- and --

Travis Hedgpeth
The Hedgpeth Law Firm, PC
Houston, Texas

    *Attorneys for the Plaintiff*

David M. Wesner
NM Local Government Law, LLC
Albuquerque, New Mexico

-- and --

Lisa Entress Pullen
Civerolo, Gralow & Hill, P.A.
Albuquerque, New Mexico

    *Attorneys for the Defendant*